IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Shale Support Global Services, LLC *et al* [1] | § | Case No. 19-33884 (DRJ) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| Coyote Logistics, LLC<br>2545 Diversity Ave., 3rd Floor<br>Chicago, IL 60647 | Jason Rice<br>(773) 365-6731 |
| Trinity Industries Leasing Company<br>2525 N. Stemmons Freeway<br>Dallas, Texas 75207 | Scott Ewing<br>(214) 589-6531 |
| J. Patrick Lee Construction<br>200 Longstreet Ln.<br>Picayune, Mississippi 39466 | J. Patrick Lee<br>(601) 916-2319 |
| Retif Oil & Fuel, LLC<br>1840 Jutland Drive<br>Harvey, Louisiana 70058 | Ryan Retif<br>(504) 349-9109 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Shale Support Global Holdings, LLC (5328); Shale Support Holdings, LLC (7814); Stanton Rail Yard, LLC (5976); Southton Rail Yard, LLC (8704); Drying Facility Assets Holding, LLC (6424); Shale Energy Support, LLC (8523); Mine Assets Holding, LLC (4401); and Wet Mine Assets Holding, LLC (2879). The service address for Debtor Stanton Rail Yard, LLC is 32731 Egypt Lane, Magnolia, Texas 77354. For the remainder of the Debtors, it is 600 Jefferson Street, Suite 602, Lafayette, Louisiana 70501.

|  |  |
|---|---|
| Tidewater Logistics Operating, LLC<br>550 Bailey Avenue, Suite 100<br>Fort Worth, Texas 76102 | Scott Spence<br>(817) 412-1292 |
|  |  |

Dated: July 29, 2019

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: /s/ *Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 252
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on this 29th day of July, 2019.

*/s/ Stephen D. Statham*
Stephen D. Statham
Trial Attorney