UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Shale Support Global Services, LLC, *et al* [1] | § | Case No. 19-33884 (DRJ) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |
| | § | |

NOTICE OF APPEARANCE UNDER
FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

**PLEASE TAKE NOTICE THAT**, Holland N. O'Neil of Foley Gardere files this Notice of Appearance on behalf of the Official Committee of Unsecured Creditors ("OCUC"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and without waiver of its right to contest the *in personam* jurisdiction of this Court over the OCUC, respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Holland N. O'Neil
FOLEY GARDERE
Foley & Lardner LLP
E-mail: honeil@foley.com
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214-999-4961

The foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Shale Support Global Holdings, LLC (5328); Shale Support Holdings, LLC (7814); Stanton Rail Yard, LLC (5976); Southton Rail Yard, LLC (8704); Drying Facility Assets Holding, LLC (6424); Shale Energy Support, LLC (8523); Mine Assets Holding, LLC (4401); and Wet Mine Assets Holding, LLC (2879). The service address for Debtor Stanton Rail Yard, LLC is 32731 Egypt Lane, Magnolia, Texas 77354. For the remainder of the Debtors, it is 600 Jefferson Street, Suite 602, Lafayette, Louisiana 70501.

4827-6212-5726.1

This Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of the rights of OCUC (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to demand formal service of process on OCUC in accordance the Federal Rules of Bankruptcy Procedure and/or Federal Rules of Civil Procedure, or (v) to assert any other rights, claims, actions, setoffs, or recoupments to which OCUC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  July 31, 2019              Respectfully submitted,

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**

*/s/ Holland N. O'Neil*
Holland N. O'Neil
State Bar No. 14864700
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214-999-4961
Email: honeil@foley.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, a true and correct copy of this Notice was served on all parties registered to receive ECF notification in the above captioned case.

*/s/ Holland N. O'Neil*
Holland N. O'Neil