UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SHALE SUPPORT GLOBAL ) | |
| HOLDINGS, LLC ) | Case No.: 19-33884 |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND REQUEST FOR CHANGE OF ADDRESS OF CREDITOR, PUCKETT MACHINERY COMPANY**

Danielle Mashburn-Myrick of Phelps Dunbar LLP enters her appearance as counsel for Puckett Machinery Company in the above-styled cause.

The undersigned requests that she receive copies of all pleadings, filings, orders and notices at the following address:

Danielle Mashburn-Myrick
PHELPS DUNBAR LLP
*Pro Hac Vice Order Granted*
P. O. Box 2727
Mobile, AL  36652-2727
Telephone: 251-441-8202
Email: danielle.mashburn-myrick@phelps.com

The undersigned additionally requests that the Clerk of the Court update/change the contact/noticing information for the creditor, Puckett Machinery Company to the following:

William E. Farlow, Jr.
Executive Vice President & CFO
Puckett Machinery Company
P.O. Box 321033
Flowood, MS  39232
(769) 777-7120 (direct dial)
(601) 969-1339 (fax)
bill.farlow@puckettmachinery.com

Respectfully submitted, this 1st day of August, 2019.

**PHELPS DUNBAR LLP**

By: __/S/ Danielle Mashburn-Myrick_____
Danielle Mashburn-Myrick
Admission *Pro Hac Vice*
P. O. Box 2727
Mobile, AL  36652-2727
Telephone: 251-441-8202
Email: Danielle.mashburn-myrick@phelps.com

**COUNSEL FOR PUCKETT MACHINERY COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2019, a copy of the foregoing Notice of Appearance and Change of Address was filed electronically. Notice of this filing will be sent to party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system and any non-participating parties, copies will be mailed accordingly.

__/S/ Danielle Mashburn-Myrick__
DANIELLE MASHBURN-MYRICK