IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SHALE SUPPORT GLOBAL HOLDINGS, LLC, *et al.*,[1] | § § § | Case No. 19-33884 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors. | § § | |

**DEBTORS' AGENDA OF MATTERS SET FOR
HEARING ON SEPTEMBER 5, 2019 AT 11:00 A.M. CDT**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this Agenda of matters set for hearing on **Thursday, September 5, 2019 at 11:00 a.m. CDT**.

**I.    MATTERS GOING FORWARD**

1. Emergency Motion of the Debtors, Lenders and Committee for Entry of Stipulated Protective Order (the "Emergency Motion") **[Docket No. 244]**.

    **Related Documents**:

    A. Form of Declaration of Acknowledgement and Agreement to be Bound by the Confidentiality Agreement and Stipulated Protective Order **[Docket No. 244-1, Exhibit A]**.

    **Responses:**  No formal or informal responses received.

    **Status**: The Debtors, Lenders and Committee have reached agreement regarding the use of confidential material in these cases, which agreement is reflected in the Emergency Motion. The Debtors respectfully request that the Court enter the proposed form of order filed with the Emergency Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Shale Support Global Holdings, LLC (5328); Shale Support Holdings, LLC (7814); Stanton Rail Yard, LLC (5976); Southton Rail Yard, LLC (8704); Drying Facility Assets Holding, LLC (6424); Shale Energy Support, LLC (8523); Mine Assets Holding, LLC (4401); and Wet Mine Assets Holding, LLC (2879). The service address for Debtor Stanton Rail Yard, LLC is 32731 Egypt Lane, Magnolia, Texas 77354. For the remainder of the Debtors, it is 600 Jefferson Street, Suite 602, Lafayette, Louisiana 70501.

1

## II.   MATTERS TO BE CONTINUED

1. Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Reject Certain Railcar Lease Agreements *Nunc Pro Tunc* to the Petition Date, and (II) Abandonment of Remaining Associated Personal Property (the "Pan American and APB Rejection Motion") **[Docket No. 116]**.

    **Related Documents**:

    A. Declaration of Gary Barton **[Exhibit B, Docket No. 116-2]**;

    B. Donlin Affidavit of Service **[Docket No. 126]**;

    C. Notice of Hearing on Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Reject Certain Railcar Lease Agreements *Nunc Pro Tunc* to the Petition Date, and (II) Abandonment of Remaining Associated Personal Property **[Docket No. 181]**;

    D. Pan American Railway Co.'s Response to Motion of Debtors for Entry of an Order Authorizing (i) Rejection of Certain Railcar Contracts Effective *Nunc Pro Tunc* to the Petition Date, and (II) Abandonment of Remaining Associated Personal Property **[Docket No. 216]**;

    E. The Texas Commission on Environmental Quality's Limited Objection to the Motion of Debtors for Entry of an Order Authorizing (i) Rejection of Certain Railcar Contracts Effective *Nunc Pro Tunc* to the Petition Date, and (ii) Abandonment of Remaining Associated Personal Property (Docket No. 116) and Motion of the Debtors for Entry of an Order Authorizing (i) Rejection of Certain Railcar Contracts Effective *Nunc Pro Tunc* to the Petition Date, and (ii) Abandonment of Remaining Associated Personal Property (Docket No. 160) **[Docket No. 231]**;

    F. Notice of Reset Hearing **[Docket No. 249]**.

    **Status**: The Debtors request that this matter be continued to September 30, 2019 at 9:15 a.m. CDT.

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Certain Railcar Lease Agreements *Nunc Pro Tunc* to the Petition Date, and (II) Abandonment of Remaining Associated Personal Property (the "Carbo Ceramics and Chicago Freight Rejection Motion") **[Docket No. 160]**.

    **Related Documents**:

    A. Declaration of Gary Barton **[Exhibit B, Docket No. 160-2]**;

    B. Donlin Affidavit of Service **[Docket No. 184]**;

C.     Notice of Hearing on Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Reject Certain Railcar Lease Agreements *Nunc Pro Tunc* to the Petition Date, and (II) Abandonment of Remaining Associated Personal Property **[Docket No. 181]**;

D.     The Texas Commission on Environmental Quality's Limited Objection to the Motion of Debtors for Entry of an Order Authorizing (i) Rejection of Certain Railcar Contracts Effective *Nunc Pro Tunc* to the Petition Date, and (ii) Abandonment of Remaining Associated Personal Property (Docket No. 116) and Motion of the Debtors for Entry of an Order Authorizing (i) Rejection of Certain Railcar Contracts Effective Nunc Pro Tunc to the Petition Date, and (ii) Abandonment of Remaining Associated Personal Property (Docket No. 160) **[Docket No. 231]**;

E.     The Mississippi Department of Environmental Quality's Joinder to The Texas Commission on Environmental Quality's Limited Objection to the Motion of the Debtors for Entry of an Order Authorizing (i) Rejection of Certain Railcar Contracts Effective *Nunc Pro Tunc* to the Petition Date, and (ii) Abandonment of Remaining Associated Personal Property (Docket No. 160) **[Docket No. 246]**;

F.     Notice of Reset Hearing **[Docket No. 249]**.

**Status**: The Debtors request that this matter be continued to September 30, 2019 at 9:15 a.m. CDT.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 4, 2019
Houston, Texas

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: ___/s/ David R. Eastlake___
 Karl Burrer
 Texas Bar No. 24043584
 *Burrerk@gtlaw.com*
 David R. Eastlake
 Texas Bar No. 24074165
 *EastlakeD@gtlaw.com*
 1000 Louisiana St., Suite 1700
 Houston, Texas 77002
 Telephone: (713) 374-3500
 Facsimile: (713) 374-3505

**COUNSEL TO THE DEBTORS AND THE DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I certify that on September 4, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

 ___/s/ David R. Eastlake___
 David R. Eastlake