UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: (1)   SHALE SUPPORT GLOBAL HOLDINGS, *et al.*

Petition Date     July 11, 2019
CASE NUMBER:     (19-33884)

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH[2]   September     YEAR     2019

| MONTH | July 11 - 31, 2019 | August 1 - 31, 2019 | September 1 - 30, 2019 | Total |
|---|---|---|---|---|
| REVENUES (MOR-6) | $ 4,716,450 | $ 6,029,968 | $ 3,776,078 | $ 14,522,496 |
| EARNINGS BEFORE TAXES (MOR-6) | (589,463) | (2,257,957) | (1,837,546) | (4,684,966) |
| EBITDA (MOR-6)[3] | (638,847) | (881,919) | (341,585) | (1,862,351) |
| PAYMENTS TO INSIDERS (MOR-9) | 34,690 | 113,232 | 80,184 | 228,106 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | - | 38,422 | 894,822 | 933,245 |
| TOTAL DISBURSEMENTS (MOR-7 / Exhibit C) | (3,911,700) | (11,175,511) | (7,773,114) | (22,860,324) |

***The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| | | | Yes / No |
|---|---|---|---|
| | | Are all accounts receivable being collected within terms? | No[4] |
| **REQUIRED INSURANCE MAINTAINED** | **EXP.** | Are all post-petition liabilities, including taxes, being paid within terms? | Yes[5] |
| AS OF SIGNATURE DATE | DATE | Have any prepetition liabilities been paid? | Yes |
| Automobile | YES (X) NO ( ) 07/01/20 | If so, describe    Paid in accordance with First Day Orders | |
| Corporate Advantage (Credit Insurance) | YES (X) NO ( ) 09/30/20 | Are all funds received being deposited into DIP bank accounts? | Yes |
| Directors and Officers Liability | YES (X) NO ( ) 07/11/20 | Were any assets disposed of outside the normal course of business? | No |
| Employment Practices Liability | YES (X) NO ( ) 07/11/20 | If so, describe | |
| Commercial General Liability | YES (X) NO ( ) 01/25/20 | Are all U.S. Trustee Quarterly Fee Payments current? | Yes |
| Inland Marine | YES (X) NO ( ) 03/01/20 | What is the status of your Plan of Reorganization?   The Plan was filed on August 19, 2019.  Confirmation is | |
| Umbrella Policy (Auto) | YES (X) NO ( ) 07/01/20 | anticipated  before November 1, 2019. | |
| Workers Compensation | YES (X) NO ( ) 07/01/20 | | |
| Umbrella Liability | YES (X) NO ( ) 01/25/20 | I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through | |

ATTORNEY NAME:   Karl Burrer
FIRM NAME:   Greenberg Traurig, LLP
ADDRESS:   1000 Louisiana St., Suite 1700
CITY, STATE, ZIP:   Houston, TX  77002
TELEPHONE/FAX:   (713) 374-3500 / (713) 374-3505

MOR-9 is true and correct, to the best of my knowledge and belief.

SIGNED   /S/ Charles Caswell     TITLE:   Chief Financial Officer

(PRINT NAME OF SIGNATORY)     Charles Caswell     DATE:  October 18, 2019
                                                              DATE

Notes:

(1) The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis, and have presented disbursements by debtor entity in Exhibit D attached.

(2) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

(3) EBITDA calculation incorporates some railcar expense at the current contract rate, while others reflect the renegotiated railcar rates. These expenses will continue to fluctuate until all negotiations have been finalized.

(4) In the ordinary course of business, the Debtors attempt to collect all accounts receivable within contractual terms; however, certain receivables are collected outside of contractual terms.

(5) With the exception of post-petition amounts due to railcar lessors, with whom the Debtors are in active negotiations with about go-forward terms.

**MOR-1**

CASE NAME:  SHALE SUPPORT GLOBAL HOLDINGS, et al.          CASE NUMBER:          (19-33884)

## Monthly Operating Report Notes - September 1 through 30, 2019

### Note 1

The financial statements and supplemental information contained herein (the "Information") are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

The Information has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material.  The Information includes preliminary normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtors in the future.

### Note 2

The Monthly Operating Report is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the reporting requirements of Rule 2015 of the Federal Rules of Bankruptcy Procedures, Bankruptcy Local Rules for the Southern District of Texas, and the Guidelines for Debtors-In-Possession promulgated by the Office of The United States Trustee for Region 7.

### Note 3

Reservation of Rights: Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

### Note 4

The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis, and have presented disbursements by debtor entity in Exhibit D attached.

### Note 5

Bankruptcy related costs have been accumulated on the balance sheet (Exhibit A) and are not reflected in the income statement (Exhibit B).

CASE NAME: SHALE SUPPORT GLOBAL HOLDINGS, et al.                    CASE NUMBER:          (19-33884)

## COMPARATIVE BALANCE SHEETS

| ASSETS | Filing Date | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| CURRENT ASSETS | SEE ATTACHED EXHIBIT A - CONSOLIDATED BALANCE SHEET | | | | | |
| Cash | | | | | | |
| Accounts Receivable, Net | | | | | | |
| Inventory:  Lower of Cost or Market | | | | | | |
| Prepaid Expenses | | | | | | |
| Investments | | | | | | |
| Other | | | | | | |
| TOTAL CURRENT ASSETS | | | | | | |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | |
| Less Accumulated Depreciation | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | |
| OTHER ASSETS | | | | | | |
| 1)   Tax Deposits | | | | | | |
| 2)   Investments in Subsidiaries | | | | | | |
| 3) | | | | | | |
| 4)   (attach list) | | | | | | |
| TOTAL ASSETS | | | | | | |

MOR-2

CASE NAME:    SHALE SUPPORT GLOBAL HOLDINGS, et al.                                                        CASE NUMBER:        (19-33884)

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | Filing Date | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| LIABILITIES | SEE ATTACHED EXHIBIT A - BALANCE SHEET | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | |
| Secured Debt | | | | | | |
| Federal Income Tax | | | | | | |
| FICA/Withholding | | | | | | |
| Unsecured Debt | | | | | | |
| Deferred Revenue | | | | | | |
| VAT | | | | | | |
| Trade A/P | | | | | | |
| Accrued payroll liabilities | | | | | | |
| Accrued bond interest | | | | | | |
| Expense Accruals | | | | | | |
| Other | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | |
| TOTAL LIABILITIES | | | | | | |
| OWNER'S EQUITY (DEFICIT) | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | | | | | |
| TOTAL LIABILITIES & OWNERS EQUITY | | | | | | |

MOR-3

**SHALE SUPPORT GLOBAL HOLDINGS, et al.**

**Exhibit A - Consolidated Balance Sheet**

|  | July 31, 2019 | August 31, 2019 | September 30, 2019 |
|---|---:|---:|---:|
| **ASSETS:** | | | |
| **Current Assets:** | | | |
| Cash & Equivalents | $ 3,030,852 | $ 1,056,993 | $ 3,514,741 |
| Restricted Cash | 1,950,068 | - | - |
| Restricted Certificates of Deposit | 404,296 | 405,677 | 406,344 |
| Accounts Receivable, Net | 14,464,334 | 13,278,244 | 10,190,639 |
| Inventory | 14,483,483 | 15,709,116 | 15,643,412 |
| Prepaids | 3,064,667 | 2,875,543 | 2,538,397 |
| **Total Current Assets** | **$ 37,397,700** | **$ 33,325,573** | **$ 32,293,533** |
| | | | |
| **Property, Plant & Equipment:** | | | |
| Land | 9,438,710 | 9,438,710 | 9,438,710 |
| Site Development | 10,102,721 | 10,208,437 | 10,208,437 |
| Operating Equipment | 97,965,132 | 98,123,347 | 98,211,520 |
| Leasehold Improvements | 20,458,361 | 20,458,361 | 20,458,361 |
| Accumulated Depreciation | (38,262,958) | (39,429,772) | (40,608,149) |
| Construction in Progress | 455,770 | 657,022 | 712,328 |
| Mineral Reserves (net of accumulated depletion) | 1,809,517 | 1,858,609 | 1,868,103 |
| Capitalized Interest | 2,007,620 | 2,007,620 | 2,007,620 |
| **Total Property, Plant & Equipment** | **$ 103,974,873** | **$ 103,322,334** | **$ 102,296,930** |
| | | | |
| **Other Assets:** | | | |
| Other Receivables | 414,695 | 412,800 | 64,146 |
| Intangible Asset | 80,701 | 80,701 | 80,701 |
| Investment in Subsidiaries | (126,994) | (126,994) | (126,994) |
| Deposits | 1,899,109 | 1,761,609 | 1,761,609 |
| Loan Costs | 7,495,748 | 8,156,742 | 9,725,061 |
| Accumulated Amortization | (2,528,251) | (2,642,704) | (2,759,615) |
| **Total Other Assets** | **$ 7,235,008** | **$ 7,642,154** | **$ 8,744,908** |
| | | | |
| **TOTAL ASSETS** | **$ 148,607,581** | **$ 144,290,061** | **$ 143,335,371** |
| | | | |
| **LIABILITIES:** | | | |
| **Current Liabilities:** | | | |
| Accounts Payable - Post | $ 4,173,148 | $ 4,383,836 | $ 4,587,471 |
| Accounts Payable - Pre | 14,687,051 | 14,526,518 | 14,920,316 |
| Revolving Line of Credit | 11,907,848 | 9,810,499 | 8,258,291 |
| Notes Payable | 532,536 | 456,350 | 380,164 |
| Accrued Interest | 3,151,851 | 3,054,831 | 3,054,831 |
| Accrued Liabilities | 2,798,942 | 3,143,651 | 2,343,434 |
| Deferred Revenue | 3,256,739 | 3,256,739 | 3,256,739 |
| Current Portion of LTD & CLO | 2,727,521 | 2,738,859 | 2,651,961 |
| **Total Current Liabilities** | **$ 43,235,636** | **$ 41,371,283** | **$ 39,453,207** |
| | | | |
| **Long Term Liabilities;** | | | |
| Long-Term Debt (LTD), Net of Current Portion | 122,281,214 | 122,320,843 | 125,371,629 |
| Capital Lease Obligations (CLO), Net of Current Portion | 4,035,024 | 3,812,685 | 3,575,331 |
| Other Liabilities | 4,187,500 | 4,175,000 | 4,162,500 |
| **Total Long Term Liabilities** | **$ 130,503,738** | **$ 130,308,528** | **$ 133,109,460** |
| | | | |
| **TOTAL LIABILITIES** | **$ 173,739,374** | **$ 171,679,811** | **$ 172,562,667** |
| | | | |
| **EQUITY:** | | | |
| Member Contributions | 31,628,541 | 31,628,541 | 31,628,541 |
| Member Distributions | (1,420,700) | (1,420,700) | (1,420,700) |
| Member Allocations of prior year's earnings (loss) | (34,705,761) | (34,705,761) | (34,705,761) |
| Current Year earnings (loss) | (20,633,873) | (22,891,830) | (24,729,376) |
| **TOTAL EQUITY** | **$ (25,131,793)** | **$ (27,389,750)** | **$ (29,227,296)** |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | **$ 148,607,581** | **$ 144,290,061** | **$ 143,335,371** |

CASE NAME:     SHALE SUPPORT GLOBAL HOLDINGS, et al.                                                    CASE NUMBER:          (19-33884)

## SCHEDULE OF POST-PETITION LIABILITIES

|  | As of<br>July 31, 2019 | As of<br>August 31, 2019 | As of<br>September 30, 2019 |  |  |  |  |
|---|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | $ 4,173,148 | $ 4,383,836 | $ 4,587,471 |  |  |  |  |
| SALES & USE TAXES PAYABLE: | 7,364 | 26,960 | 16,664 |  |  |  |  |
| ACCRUED PROPERTY TAXES | 27,788 | 68,812 | 114,413 |  |  |  |  |
| SECURED DEBT POST-PETITION | 3,000,000 | 9,600,000 | 12,600,000 |  |  |  |  |
| ACCRUED INTEREST PAYABLE | 65,723 | - | - |  |  |  |  |
| ACCURED PAYROLL, COMMISSIONS, & VACATION | 1,237,712 | 1,413,949 | 1,521,995 |  |  |  |  |
| OTHER ACCRUED LIABILITIES | 310,242 | 855,761 | 394,371 |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $ 8,821,976 | $ 16,349,319 | $ 19,234,914 |  |  |  |  |

MOR-4

CASE NAME:      SHALE SUPPORT GLOBAL HOLDINGS, et al.                    CASE NUMBER:             (19-33884)

## AGING OF POST-PETITION LIABILITIES
### September 30, 2019

| AGING[1] | TOTAL | TRADE ACCTS | SALES & USE TAXES PAYABLE | ACCRUED PROPERTY TAXES | ACCRUED INTEREST PAYABLE | ACCRUED PAYROLL, COMMISSIONS, & VACATION | OTHER ACCRUED LIABILITIES |
|---|---|---|---|---|---|---|---|
| Current | $ 2,518,578 | $ 471,136 | $ 16,664 | $ 114,413 | $ - | $ 1,521,995 | $ 394,371 |
| 0-30 days | 2,146,169 | 2,146,169 | - | - | - | - | - |
| 31-60 days[2] | 1,011,780 | 1,011,780 | - | - | - | - | - |
| 61-90 days | 564,215 | 564,215 | - | - | - | - | - |
| 91+ days | 394,171 | 394,171 | - | - | - | - | - |
| TOTAL | $ 6,634,914 | $ 4,587,471 | $ 16,664 | $ 114,413 | $ - | $ 1,521,995 | $ 394,371 |

Note

1. The Post-petition Trade Accounts Aging presented above is calculated off of the invoice date (rather than the due date of the invoices). Balances reflected in the various aging categories do not necessarily reflect past due balances. In cases where invoices for services include pre and post-petition periods, the invoices have been split; no change has been made to the invoice date in these cases.

2. Substantially all amounts included in the "31 – 60 days" Aging row relate to railcar lessor invoices, which are invoiced in advance of the actual month of usage. These railcar invoice amounts reflect current contract rates (as invoiced). The Debtors dispute that current contract rates are due and payable to the railcar lessors; the Debtors submit that amounts due and payable on a postpetition basis should reflect current market rates and are working with the railcar lessors and the Court to resolve these billing amounts.

## Aging of Accounts Receivable

| MONTH | as of July 31, 2019 | as of August 31, 2019 | as of September 30, 2019 | | | | |
|---|---|---|---|---|---|---|---|
| Current | $ 1,426,770 | $ 780,990 | $ 623,167 | | | | |
| 0-30 days | 5,702,863 | 5,294,601 | 3,624,620 | | | | |
| 31-60 days | 4,414,841 | 4,920,784 | 3,421,144 | | | | |
| 61-90 days | 1,061,820 | 644,804 | 1,011,387 | | | | |
| 91+ days | 1,863,706 | 1,642,728 | 1,515,986 | | | | |
| TOTAL | $ 14,469,999 | $ 13,283,909 | $ 10,196,304 | $ - | $ - | $ - | $ - |

**MOR-5**

| CASE NAME | SHALE SUPPORT GLOBAL HOLDINGS, et al. | | | | CASE NUMBER: | (19-33884) |

| MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES   (MOR-1) | **SEE ATTACHED EXHIBIT B - INCOME STATEMENT** | | | | | |
| TOTAL COST OF REVENUES | | | | | | |
| GROSS PROFIT | | | | | | |
| **OPERATING EXPENSES:** | | | | | | |
| Selling & Marketing | | | | | | |
| General & Administrative | | | | | | |
| Insiders Compensation | | | | | | |
| Professional Fees | | | | | | |
| Other - (attach list) | | | | | | |
| **TOTAL OPERATING EXPENSES** | - | - | - | - | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | - | - | - | - | | |
| INTEREST EXPENSE | | | | | | |
| DEPRECIATION | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | |
| OTHER ITEMS** | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | - | - | - | - | - | - |
| NET INCOME BEFORE TAXES | - | - | - | - | - | - |
| INCOME and OTHER TAXES | | | | | | |
| **NET INCOME (LOSS)  (MOR-1)** | $          - | $          - | $          - | $          - | $          - | $          - |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\*  Footnote Mandatory.*

*\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

**SHALE SUPPORT GLOBAL HOLDINGS, et al.**
**Exhibit B - Income Statement**

|  |  | September 1 - 30, 2019 |
|---|---|---|
| **Product Revenue** | $ | 3,597,693 |
| Direct Costs of Product Revenue |  | 2,132,998 |
| **Direct Product Margin** | $ | 1,464,695 |
|  |  |  |
| **Indirect Costs of Product Revenue** |  |  |
| Operating Expenses |  | 2,096,148 |
| Inventory Adjustment |  | (932,043) |
| **Total Indirect Costs of Product Revenue (COGS)** | $ | 1,164,105 |
|  |  |  |
| **Gross Margin on Product Revenue** | $ | 300,590 |
| Less: Railcar & Logistics[1] |  | 137,691 |
| **Net Margin on Product Revenue** | $ | 162,899 |
|  |  |  |
| **Terminal Services** |  |  |
| Terminal Services Revenue |  | 178,385 |
| Less: Terminal Operating Costs |  | 162,664 |
| **Gross Margin on Terminal Services** | $ | 15,721 |
|  |  |  |
| **Gross Profit (Loss)** | $ | 178,620 |
|  |  |  |
| **Selling Costs** |  | 20,766 |
| **General & Administrative** |  | 500,296 |
| **Total Selling, General & Administrative** | $ | 521,062 |
|  |  |  |
| **Other Expense** |  |  |
| Interest Expense |  | 194,974 |
| Depreciation Expense |  | 1,184,075 |
| Amortization Expense |  | 116,912 |
| **Total Other Expense** | $ | 1,495,961 |
|  |  |  |
| **Other Income** |  | 857 |
|  |  |  |
| **Earnings Before Taxes** | $ | (1,837,546) |
|  |  |  |
| **EBITDA** | $ | (341,585) |

Notes:

(1) Railcar expense reflects the current contract rate, which is expected to be significantly reduced per negotiations with the railcar lessors and per motions filed with the Court.

CASE NAME        SHALE SUPPORT GLOBAL HOLDINGS, et al.                CASE NUMBER:                (19-33884)

**(in thousands)**

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|
| **1. CASH-BEGINNING OF MONTH / PERIOD** | SEE ATTACHED EXHIBIT C - CASH RECEIPTS AND DISBURSEMENTS | | | | | |
| **RECEIPTS:** | | | | | | |
| 2. CASH SALES | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | |
| 4. LOANS & ADVNCES | | | | | | |
| 5. SALE OF ASSETS | | | | | | |
| 6. OTHER (attach list) | | | | | | |
| TOTAL RECEIPTS** | | | | | | |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | |
| **DISBURSEMENTS:** | | | | | | |
| 7. NET PAYROLL | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | |
| 10. SECURED / RENTAL / LEASES | | | | | | |
| 11. UTILITIES | | | | | | |
| 12. INSURANCE | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | |
| 16. REPAIRS, MAINENANCE & SUPPLIES | | | | | | |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | | | | | | |
| 17. PROFESSIONAL FEES | | | | | | |
| 18. U.S. TRUSTEE FEES | | | | | | |
| 19. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | |
| **TOTAL DISBURSEMENTS**** | | | | | | |
| 20. NET CASH FLOW | | | | | | |
| **21. ENDING CASH PER BOOKS - END OF MONTH (MOR-8)** | | | | | | |

**MOR-7**

**SHALE SUPPORT GLOBAL HOLDINGS, et al.**
**Exhibit C - Cash Receipts and Disbursements**

|  | | September 1 - 30, 2019 |
|---|---|---|
| **Receipts:** | | |
| Receipts | $ | 6,882,309 |
| Other Receipts | | 348,554 |
| **Total Receipts** | $ | **7,230,862** |
| **Operating Disbursements:** | | |
| Payroll | | (755,912) |
| Insurance | | (84,743) |
| Taxes | | (26,859) |
| Utilities | | (281,495) |
| Other Operating Expenses | | (3,966,376) |
| **Total Operating Disbursements** | $ | **(5,115,385)** |
| **Other Disbursements:** | | |
| Equipment & Other Financing | | (183,477) |
| Capital Expenditures | | (27,221) |
| Professional Fees - Bankruptcy | | (894,822) |
| ABL - Siena | | (1,552,209) |
| Bankruptcy - Other | | - |
| **Total Other Disbursements:** | $ | **(2,657,728)** |
| **Total  Disbursements** | $ | **(7,773,114)** |
| **Net Cash Flow** | $ | **(542,252)** |
| **Beginning Balance - Book** | $ | 1,056,993 |
| Net Cash Flow | | (542,252) |
| DIP / BSP Deposits | | 3,000,000 |
| **Ending Balance - Book** | $ | **3,514,741** |

CASE NAME:   SHALE SUPPORT GLOBAL HOLDINGS, et al.                    CASE NUMBER:          (19-33884)

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

**CASH ACCOUNT RECONCILIATION**
**PERIOD OF SEPTEMBER 1 - SEPTEMBER 30 2019**

| BANK NAME | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Regions Bank |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (last 4 digits) | 1047 | 1039 | 3470 | 3446 | 3454 | 3500 | 3462 |
| ACCOUNT TYPE | SES Collections | SRY Collections | SES Operating | WMAH Operating | DFAH Operating | SES Petty Cash | SRY Operating |
| ENTITY | SES | SRY | SES | WMAH | DFAH | SES | SRY |
| BANK BALANCE | $ 18,607 | $ - | $ 1,150,000 | $ 281,513 | $ 1,466 | $ 968 | $ 321,530 |
| DEPOSITS IN TRANSIT | - | - | - | - | - | - | - |
| OUTSTANDING CHECKS | 0 | - | 110,142 | - | (0) | 216 | 9,825 |
| ADJUSTED BANK BALANCE | $ 18,607 | $ - | $ 1,260,142 | $ 281,513 | $ 1,466 | $ 1,184 | $ 331,355 |
| BEGINNING CASH - PER BOOKS | $ 70,713 | $ - | $ 226,456 | $ 2,945 | $ 1,852 | $ 4,838 | $ 134,937 |
| RECEIPTS | 6,644,771 | 236,399 | 1,138 | 348,554 | - | - | - |
| TRANSFERS BETWEEN ACCOUNTS | (6,712,670) | (236,399) | 7,586,170 | - | 25,000 | 26,500 | 236,399 |
| CHECKS / OTHER DISBURSEMENTS | 15,793 | - | (6,663,763) | (69,986) | (25,386) | (30,370) | (49,806) |
| ENDING CASH - PER BOOKS | $ 18,607 | $ - | $ 1,150,000 | $ 281,513 | $ 1,466 | $ 968 | $ 321,530 |

| BANK NAME | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Regions Bank | TOTAL |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (last 4 digits) | 3497 | 6391 | 3468 | 7092 (Restricted) | 9597 | |
| ACCOUNT TYPE | SSH Operating | SSGH Operating | Adequate Assurance | Cash Collateral | Stanton | |
| ENTITY | SSH | SSGH | SSGH | SES | STY | |
| BANK BALANCE | $ 1,634,211 | $ 125 | $ 106,310 | $ 5 | $ 5 | $ 3,514,741 |
| DEPOSITS IN TRANSIT | - | - | - | - | - | - |
| OUTSTANDING CHECKS | - | - | - | - | - | 120,182 |
| ADJUSTED BANK BALANCE | $ 1,634,211 | $ 125 | $ 106,310 | $ 5 | $ 5 | $ 3,634,924 |
| BEGINNING CASH - PER BOOKS | $ 508,808 | $ 125 | $ 106,310 | $ 5 | $ 5 | $ 1,056,993 |
| RECEIPTS | 3,000,000 | - | - | - | - | 10,230,862 |
| TRANSFERS BETWEEN ACCOUNTS | (925,000) | - | - | - | - | - |
| CHECKS / OTHER DISBURSEMENTS | (949,597) | - | - | - | - | (7,773,114) |
| ENDING CASH - PER BOOKS | $ 1,634,211 | $ 125 | $ 106,310 | $ 5 | $ 5 | $ 3,514,741 |

**MOR-8**

**CASE NAME:**        SHALE SUPPORT GLOBAL HOLDINGS, et al.

**CASE NUMBER:**                (19-33884)

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS:  NAME/POSITION/COMP TYPE | July 11 - July 31 2019 | August 1 - August 31 2019 | September 1 - September 30 2019 | | | |
|---|---|---|---|---|---|---|
| Kevin Bowen / CEO / Salary & 401(k) Match | $          11,885 | $          35,654 | $          23,769 | | | |
| Jeff Bartlam / President / Salary & 401(k) Match | 11,885 | 35,654 | 23,769 | | | |
| Charles Caswell / CFO / Salary & 401(k) Match | 10,921 | 31,809 | 21,206 | | | |
| Kevin Bowen / CEO / Expense Reimbursement | - | 7,633 | 11,439 | | | |
| Charles Caswell / CFO / Expense Reimbursement | - | 2,482 | - | | | |
| **TOTAL INSIDERS  (MOR-1)**[1] | **$          34,690** | **$          113,232** | **$          80,184** | | | |

| PROFESSIONAL FEES | July 11 - July 31 2019 | August 1 - August 31 2019 | September 1 - September 30 2019 | | | |
|---|---|---|---|---|---|---|
| Donlin Recano | $          - | $          38,422 | $          - | | | |
| Greenberg Traurig, LLP | - | - | 542,806 | | | |
| Okin Adams LLP | | | 2,890 | | | |
| Piper Jaffray | | | 80,864 | | | |
| Foley & Lardner LLP | | | 220,959 | | | |
| GlassRatner | | | 47,304 | | | |
| | | | | | | |
| **TOTAL PROFESSIONALS     (MOR-1)** | **$          -** | **$          38,422** | **$          894,822** | | | |

**MOR-9**

Notes

1   Not including transfers within SSGH Debtor entities.

**Exhibit D - Consolidating Disbursements of Jointly Administered Cases in Chapter 11**

| Entity | Case No. | July 11 - 31, 2019 | August 1 - 31, 2019 | September 1 - 30, 2019 | Disbursements | | | |
|---|---|---|---|---|---|---|---|---|
| Shale Support Global Holdings, LLC | (19-33884) | $ - | $ - | $ - | | | | |
| Shale Support Holdings, LLC | (19-33886) | 63,982 | 45,779 | 949,597 | | | | |
| Stanton Rail Yard, LLC | (19-33879) | - | - | - | | | | |
| Southton Rail Yard, LLC | (19-33882) | 4,469 | 96,198 | 49,806 | | | | |
| Drying Facility Assets Holding, LLC | (19-33888) | 48,673 | 28,998 | 25,386 | | | | |
| Shale Energy Support, LLC | (19-33889) | 3,523,660 | 10,591,368 | 6,678,339 | | | | |
| Mine Assets Holding, LLC | (19-33890) | - | - | - | | | | |
| Wet Mine Assets Holding, LLC | (19-33891) | 270,916 | 413,168 | 69,986 | | | | |
| **Total Disbursements** | | **$ 3,911,700** | **$ 11,175,511** | **$ 7,773,114** | **$ -** | **$ -** | **$ -** | **$ -** |